UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSEPH ROSENTHAL, :

               Plaintiff, :

                      **ORDER**

   - against - :

                      09 Civ. 8237 (NRB)(FM)

THEODORE NIERENBERG, :

              Defendant. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to the conference held earlier today, it is hereby ORDERED that a telephone conference shall be held on January 28, 2010 at 10 a.m. Counsel for the defendant should initiate the conference by calling Chambers at (212) 805-6727.

      SO ORDERED.

Dated:    New York, New York
            January 19, 2010

                                              FRANK MAAS
                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/10

Copies to:

Hon. Naomi Reice Buchwald
United States District Judge

Thomas J. McNamara, Esq.
Certilman, Balin, Adler & Hyman
Fax: (516) 296-7111

Jonathan Robert Harwood Esq.
Traub Lieberman Straus & Shrewsberry LLP
Fax: (914) 347-8898